IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH COSTELLO,<br>    Plaintiff,<br><br>    v.<br><br>BOROUGH OF HOMESTEAD,<br>ET AL.,<br>    Defendants. | Civil Action No. 08-875 |

## ORDER

AND NOW, this 10th day of July, 2009, IT IS HEREBY ORDERED that, for the reasons stated in open court, the above captioned case is dismissed for plaintiff's failure to prosecute and the Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s/ Gary L. Lancaster, J.

cc: Joseph Costello
    208½ West Hazel Way
    West Homestead, PA 15120

    All Counsel of Record